No. 227. LILLIE WINSTON, PLAINTIFF IN ERROR, *v.* WALKER WINSTON. Error to the Supreme Court of the State of New York. Argued April 7, 1903. Decided April 13, 1903. *Per*

*Curiam.* Judgment affirmed with costs, on the authority of *Bell* v. *Bell*, 181 U. S. 175; *Streitwolf* v. *Streitwolf*, 181 U. S. 179; *Andrews* v. *Andrews*, 188 U. S. 14. *Mr. Eugene Sweeney* for plaintiff in error. *Mr. Daniel E. Lynch* for defendant in error.